# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# (KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br><br>v.<br><br>OSCAR MARQUEZ MARTINEZ,<br>JUAN CARLOS CHAVEZ VALDIVIAS,<br>    a.k.a. "Playboy,"<br>STEVE CAMPOS,<br>    a.k.a. "Sobrino,"<br>MISAEL HERNANDEZ MAYORAL,<br>    a.k.a. "Choo Choo the Clown," and<br>AMBER JESSE SAUZA HERNANDEZ,<br>    a.k.a. "Ambar Jesse Sernas,"<br><br>      Defendants. | Case No.  20-20054-DDC-TJJ<br><br>FILED UNDER SEAL |

## INDICTMENT

The Grand Jury charges:

## COUNT 1

Beginning on or about February 1, 2019, and continuing to on or about April 15, 2020, both dates being approximate and inclusive, in the District of Kansas and elsewhere, the defendants,

**OSCAR MARQUEZ MARTINEZ,**
**JUAN CARLOS CHAVEZ VALDIVIAS,**
a.k.a. "Playboy,"
**STEVE CAMPOS,**
a.k.a. "Sobrino,"
**MISAEL HERNANDEZ MAYORAL,**
a.k.a. "Choo Choo the Clown," and
**AMBER JESSE SAUZA HERNANDEZ,**
a.k.a. "Ambar Jesse Sernas,"

1

knowingly and intentionally combined, conspired, and agreed together and with other persons known and unknown to the grand jury, to commit the following offenses against the United States: possession with intent to distribute 50 grams or more of methamphetamine and distribution of 50 grams or more of methamphetamine, a controlled substance, which included the reasonably foreseeable conduct of other members of the conspiracy, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

This was all in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## COUNT 2

On or about March 13, 2019, in the District of Kansas, the defendant,

### OSCAR MARQUEZ MARTINEZ,

knowingly and intentionally distributed 50 grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT 3

On or about April 3, 2019, in the District of Kansas, the defendant,

### OSCAR MARQUEZ MARTINEZ,

knowingly and intentionally distributed 50 grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT 4

On or about May 16, 2019, in the District of Kansas, the defendants,

### JUAN CARLOS CHAVEZ VALDIVIAS,
### a.k.a. "Playboy," and

**STEVE CAMPOS,**
**a.k.a. "Sobrino,"**

knowingly and intentionally distributed 50 grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT 5

Beginning on or about September 10, 2019, the exact date being unknown to the Grand Jury, and continuing to on or about April 15, 2020, both dates being approximate and inclusive, in the District of Kansas and elsewhere, the defendants,

**JUAN CARLOS CHAVEZ VALDIVIAS,**
**a.k.a. "Playboy,"**
**STEVE CAMPOS,**
**a.k.a. "Sobrino," and**
**AMBER JESSE SAUZA HERNANDEZ,**
**a.k.a. "Ambar Jesse Sernas,"**

willfully and knowingly conspired and agreed together and with each other, and with others known and unknown to the Grand Jury, to commit certain offenses under Title 18, United States Code, Section 1956, in that they conducted and attempted to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute methamphetamine in violation of Title 21, United States Code, Section 846, and distribution and possession with intent to distribute methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1); (1) with the intent to promote the carrying on of such specified unlawful activity and (2) knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful

activity, and while conducting and attempting to conduct such financial transactions knew the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

This was all in violation of Title 18, United States Code, Sections 1956(h) and 2.

## COUNT 6

On or about September 17, 2019, in the District of Kansas, the defendants,

**JUAN CARLOS CHAVEZ VALDIVIAS,**
**a.k.a. "Playboy," and**
**STEVE CAMPOS,**
**a.k.a. "Sobrino,"**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating conspiracy to distribute and possess with intent to distribute methamphetamine in violation of Title 21, United States Code, Section 846, the offense set forth in Count 1 of this Indictment and incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 7

On or about September 20, 2019, in the District of Kansas, the defendant,

**JUAN CARLOS CHAVEZ VALDIVIAS,**
**a.k.a. "Playboy,"**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating conspiracy to distribute and possess with intent to distribute methamphetamine in violation of Title 21, United States Code, Section 846, the offense set forth in Count 1 of this Indictment and incorporated by reference herein, in violation of Title 21,

United States Code, Section 843(b).

## COUNT 8

On or about September 23, 2019, in the District of Kansas, the defendants,

**JUAN CARLOS CHAVEZ VALDIVIAS,**
a.k.a. "Playboy," and
**AMBER JESSE SAUZA HERNANDEZ,**
a.k.a. "Ambar Jesse Sernas,"

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating conspiracy to distribute and possess with intent to distribute methamphetamine in violation of Title 21, United States Code, Section 846, the offense set forth in Count 1 of this Indictment and incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNTS 9 - 11

On or about the dates given below, in the District of Kansas and elsewhere, the defendants,

**JUAN CARLOS CHAVEZ VALDIVIAS,**
a.k.a. "Playboy,"
**STEVE CAMPOS,**
a.k.a. "Sobrino," and
**AMBER JESSE SAUZA HERNANDEZ,**
a.k.a. "Ambar Jesse Sernas,"

as specifically identified below, knowingly conducted and attempted to conduct the following financial transactions affecting interstate commerce, which involved the proceeds of a specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute methamphetamine in violation of Title 21, United States Code, Section 846, and distribution and possession with intent to distribute methamphetamine in violation of Title 21, United States

Code, Section 841(a)(1), (1) with the intent to promote the carrying on of this same specified unlawful activity, and (2) knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity as set out below.

| Count | Date of Transaction | Location Wire Initiated | Transaction Description | Dollar Amount |
|---|---|---|---|---|
| 9 | September 20, 2019 | Alma Latino Americana Kansas City, Kansas | Wire transfer from sender "Enrique Camargo" to payee "Lluvia Lidia Higuera Chavez" in Uruapan, Michoacan, Mexico | $ 1,980.00 |
| 10 | September 21, 2019 | Alma Latino Americana Kansas City, Kansas | Attempted wire transfer from sender "Mario Zamora Vargas" to payee "Ma maurilia Alonso Andres" in Guasave, Sinaloa, Mexico | $ 1,980.00 |
| 11 | September 23, 2019 | Alma Latino Americana Kansas City, Kansas | Attempted wire transfer from sender "Mario Zamora Vargas" to payee "Ma maurilia Alonso Andres" in Guasave, Sinaloa, Mexico | $ 1,980.00 |

This was all in violation of Title 18, United States Code, Sections 2, 1956(a)(1)(A)(i), and 1956(a)(1)(B)(i).

## COUNT 12

On or about September 24, 2019, in the District of Kansas, the defendants,

**JUAN CARLOS CHAVEZ VALDIVIAS,**

**a.k.a. "Playboy," and
AMBER JESSE SAUZA HERNANDEZ,
a.k.a. "Ambar Jesse Sernas,"**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating conspiracy to distribute and possess with intent to distribute methamphetamine in violation of Title 21, United States Code, Section 846, the offense set forth in Count 1 of this Indictment and incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

### COUNT 13

On or about October 22, 2019, in the District of Kansas, the defendant,

**STEVE CAMPOS,
a.k.a. "Sobrino,"**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating conspiracy to distribute and possess with intent to distribute methamphetamine in violation of Title 21, United States Code, Section 846, and distribution of 50 grams or more of methamphetamine in violation of Title 21, United States Code, Section 841(a)(1), the offenses set forth in Counts 1 and 14 of this Indictment and incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

### COUNT 14

On or about October 22, 2019, in the District of Kansas, the defendant,

**STEVE CAMPOS,
a.k.a. "Sobrino,"**

knowingly and intentionally distributed 50 grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

### COUNT 15

On or about January 23, 2020, in the District of Kansas, the defendants,

**JUAN CARLOS CHAVEZ VALDIVIAS,**
a.k.a. "Playboy,"
**STEVE CAMPOS,**
a.k.a. "Sobrino," and
**MISAEL HERNANDEZ MAYORAL,**
a.k.a. "Choo Choo the Clown,"

knowingly and intentionally distributed 50 grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

### COUNT 16

On or about March 16, 2020, in the District of Kansas, the defendants,

**JUAN CARLOS CHAVEZ VALDIVIAS,**
a.k.a. "Playboy,"
**STEVE CAMPOS,**
a.k.a. "Sobrino," and

knowingly and intentionally distributed 50 grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

### FORFEITURE NOTICE

1.  The allegations contained in Counts 1-16 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United

States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

## CONTROLLED SUBSTANCE FORFEITURE

2. Upon conviction of the offenses identified in Counts 1, 2-4, 6-8, and 12-16 of this Indictment, the defendants,

**OSCAR MARQUEZ MARTINEZ,**
**JUAN CARLOS CHAVEZ VALDIVIAS,**
a.k.a. "Playboy,"
**STEVE CAMPOS,**
a.k.a. "Sobrino,"
**MISAEL HERNANDEZ MAYORAL,**
a.k.a. "Choo Choo the Clown," and
**AMBER JESSE SAUZA HERNANDEZ,**
a.k.a. "Ambar Jesse Sernas,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offense, and any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the offenses, including a forfeiture judgment imposed against each defendant in an amount that equals the amount of proceeds obtained by that defendant.

## MONEY LAUNDERING FORFEITURE

3. Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 1956, as set forth in Counts 5 and 9 through 11, the defendants,

**JUAN CARLOS CHAVEZ VALDIVIAS,**
a.k.a. "Playboy,"
**STEVE CAMPOS,**
a.k.a. "Sobrino," and
**AMBER JESSE SAUZA HERNANDEZ,**
a.k.a. "Ambar Jesse Sernas,"

9

shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes a forfeiture money judgment in an amount equal to the amount of money involved in the money laundering violations set out in Counts 5 and 9 through 11 for which the defendants are jointly and severally liable.

## SUBSTITUTE ASSETS

4. If any of the property described above, as a result of any act or omission of the defendants:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, § 853(p).

A TRUE BILL.

DATED: September 23, 2020                    *s/ Foreperson*
                                             FOREPERSON OF THE GRAND JURY

 *Sheri Catania #17907* for
STEPHEN R. MCALLISTER,
Ks. S. Ct. No. 15845
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730 / (913) 551-6541 (fax)
Stephen.mcallister@usdoj.gov

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

11

## **PENALTIES**

**Count 1:**
**Conspiracy to possess with intent to distribute and to distribute 50 grams or more of methamphetamine, 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(viii) and 18 U.S.C. § 2**

- NLT 10 years, NMT Life Imprisonment;
- NMT $10,000,000 fine;
- NLT 5 years supervised release;
- Forfeiture allegation; and
- $100 special assessment fee.

If the defendant has a prior conviction for a serious drug felony or serious violent felony the penalties are:

- NLT 15 years, NMT Life Imprisonment;
- NMT $20,000,000 fine;
- NLT 10 years supervised release;
- Forfeiture allegation; and
- $100 special Assessment.

If the defendant has two or more prior convictions for a serious drug felony or serious violent felony the penalties are:

- NLT 25 years, NMT Life Imprisonment;
- NMT $20,000,000 fine;
- NLT 10 years supervised release;
- Forfeiture allegation; and
- $100 special assessment fee.

**Counts 2-4 and 14-16:**
**Distribution of 50 grams or more of methamphetamine, 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(viii) and 18 U.S.C. § 2.**

- NLT 10 years, NMT Life Imprisonment;
- NMT $10,000,000 fine;
- NLT 5 years supervised release;
- Forfeiture allegation; and
- $100 special assessment fee.

If the defendant has a prior conviction for a serious drug felony or serious violent felony the penalties are:

- NLT 15 years, NMT Life Imprisonment;
- NMT $20,000,000 fine;
- NLT 10 years supervised release;
- Forfeiture allegation; and

- $100 special Assessment.

    If the defendant has two or more prior convictions for a serious drug felony or serious violent felony the penalties are:

- NLT 25 years, NMT Life Imprisonment;
- NMT $20,000,000 fine;
- NLT 10 years supervised release;
- Forfeiture allegation; and
- $100 special assessment fee.

**Count 5:**
**Conspiracy to Launder Money, 18 U.S.C. §§ 1956(h) and 2**

- NMT 20 years imprisonment;
- NMT $500,000.00 fine;
- NMT 3 years supervised release;
- Forfeiture Allegation; and
- $100.00 special assessment fee.

**Counts: 6-8 and 12-13:**
**Use of a communication facility, 21 U.S.C. § 843 and 18 U.S.C. § 2.**

- NMT 4 years imprisonment;
- NMT $250,000 fine;
- NMT 3 years supervised release;
- Forfeiture allegation; and
- $100 special assessment fee.

**Counts 9-11:**
**Money Laundering, 18 U.S.C. § 1956(a)(1)(A)(i), 1956(a)(1)(B)(i) and 2**

- NMT 20 years imprisonment;
- NMT $500,000.00 fine;
- NMT 3 years supervised release;
- Forfeiture Allegation; and
- $100.00 special assessment fee.